**Order filed August 10, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00358-CV**
_____

**SHARON CRAWFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1166680**

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 245th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On July 19, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter⬜s record unless appellant, within 15 days of notice, provided this court with proof a request for preparation of the record had been made. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.